Randal J. French
BAUER & FRENCH
1501 Tyrell Lane
Post Office Box 2730
Boise, Idaho 83701-2730
Telephone (208) 383-0090
Facsimile 383-0412
E-Mail rfrench@bauerandfrench.com
  ISB No. 3032

Attorneys for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF IDAHO

In Re:                                             )
                                                   )   Bkr. Case No. 08-
FREDERICK, RONALD and SARAH,      )   Chapter 7
                                                   )
            Debtors.                            )   **STATEMENT OF DOMESTIC**
                                                   )   **SUPPORT OBLIGATION**

Debtor's name (enter full name): Ronald Lee Frederick Jr. and Sarah Arlene Frederick

Does Debtor have a domestic support obligation: ___ yes __X__ no.  If yes, please fill out the rest of this form.  If no, do not fill out the rest, but sign where indicated below.

Debtor's employer and employer's address: _____.

Name, address, phone number, employer's name and address of employer for any person responsible with the Debtor for the support:

_____
_____.

Name, address and phone number for the holder of the claim of support:

_____
_____.

AS OF THE DATE OF FILING THE BANKRUPTCY PETITION:

Amount of support obligation: $_____ per  month   (i.e. month, week, etc.)

Term of support obligation: from _____ until  children reach 18   .

Amount that the domestic support obligation is in arrears: _____.

Court name and jurisdiction in which order of support was issued:

_____

STATEMENT OF DOMESTIC SUPPORT OBLIGATION, p. 1
State of Domestic Support Obligation\nlp\120308

Court Case No. _____ .
Name and address of State child support enforcement agency involved in such claim:
_____ .

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this  24  day of November, 2008.


/s/_____         /s/_____
Ronald Frederick, Debtor                      Sarah Frederick, Debtor

STATEMENT OF DOMESTIC SUPPORT OBLIGATION, p. 2
State of Domestic Support Obligation\nlp\120308